

620 Eighth Avenue

New York, New York 10018-1405

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5575

Writer's e-mail
gglaser@seyfarth.com

Writer's direct fax
(917) 344-1195

September 3, 2009

**VIA FACSIMILE (212) 805-6382**



Hon. Judge Victor Marrero
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

    Re: *Vincent Pelosi v. Schwab Capital Markets, L.P., (A.K.A., UBS Capital Markets), Charles Schwab Corporation, and The Charles Schwab Severance Pay Plan*
          *Case No. 05-CV-9108 (VM)*

Dear Judge Marrero:

    As the Court is aware, this Firm represents Defendants Charles Schwab Corporation and The Charles Schwab Severance Pay Plan (collectively, "Schwab" or "Defendants") in the above-referenced action. I write with the authorization to speak on behalf of both Schwab and the Plaintiff, Mr. Pelosi. Since the issuance of Your Honor's supplemental Decision & Order issued June 30, 2009, in the case, the parties have been exploring the possibility of resolving the case in a manner which would result: a) in the withdrawal of Mr. Pelosi's appeal to the Second Circuit Court of Appeals, and b) in eliminating the preparation and filing of a motion for fees and/or costs on behalf of Schwab. I am pleased to inform the Court that the parties *have* successfully resolved the case along the lines just noted, and we are in receipt of the Plaintiff, Mr. Pelosi's, signed Settlement Agreement.

    However, Mr. Pelosi is entitled to a 7-day "revocation period" under the Older Worker Benefits Protection Act Amendments to the federal Age Discrimination in Employment Act during which time he may revoke his consent to the parties' Settlement Agreement; such revocation period will not expire until on or about next Monday, September 7, 2009. Because of this, and the fact that Schwab's time to move for fees and/or costs currently expires *tomorrow, September 4th*, under Your Honor's most recent Order, we respectfully must request one last extension of time for Schwab to so move – to and including Friday, September 11, 2009. (Although, assuming Mr. Pelosi does *not*

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

NYI 26585065.1

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK



Hon. Judge Victor Marrero
September 3, 2009
Page 2

revoke his agreement, the issue will be moot, since under the Settlement Schwab is waiving its right to file a motion for fees and/or costs.)

As noted above, I have discussed this request with Counsel for Plaintiff, and they join in the within request.

For the Court's convenience, the parties have prepared a Stipulation and Order for this purpose, which has been executed on behalf of both Schwab and Plaintiff, and which is being emailed to the Orders and Judgments Clerk. A true copy thereof is annexed hereto.

Thank you for Your Honor's consideration to the foregoing request.

Respectfully submitted,

SEYFARTH SHAW LLP

*Gary Glaser*

cc: Ethan Leonard, Esq. (via facsimile)
The Law Offices of Neal Brickman, P.C.
Attorneys for Plaintiff

NY1 26585065.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VINCENT PELOSI,                                  :   ECF CASE
                                                 :
                  Plaintiff,                     :   05-CV-9108 (VM) (RLE)
                                                 :
        v.                                       :
                                                 :
SCHWAB CAPITAL MARKETS, L.P., (A.K.A., UBS       :
CAPITAL MARKETS), CHARLES SCHWAB                 :
CORPORATION, THE CHARLES SCHWAB                  :   JOINT STIPULATION AND
SEVERANCE PAY PLAN AND                           :   ORDER EXTENDING TIME
UBS SECURITIES LLC,                              :
                                                 :
                  Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned counsel for the parties hereby stipulate and agree that the time for Defendants Charles Schwab Corporation and/or The Charles Schwab Severance Pay Plan to file a motion/application for attorneys' fees and/or costs in the above-captioned matter be, and hereby is, extended to and including Friday, September 11, 2009. As grounds therefore, the parties state that they are in the process of finalizing a resolution of this matter which, if consummated as anticipated, would make such a motion moot.

Dated: New York, New York
       September 3, 2009

_____          _____
Seyfarth Shaw LLP                      The Law Offices of Neal Brickman, P.C.
By:   Gary H. Glaser                   By:   Ethan Leonard
620 Eighth Avenue, 32d Floor           317 Madison Avenue, 21st Floor
New York, New York 10018               New York, New York 10017
(212) 218-5500                         (212) 986-6840
Attorneys for Defendants               Attorneys for Plaintiff, Vincent Pelosi
  Charles Schwab Corporation and
  The Charles Schwab Severance Pay Plan

SO ORDERED:
This 4th day of September, 2009

_____
Victor Marrero, U.S.D.J.
       Part I

NY1 26581271.1